■ In the Matter of the Claim of Irene Leins, Appellant, against New York State Police et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of John T. Meehan, Public Administrator of the County of Bronx, as Administrator of the Estate of Vincent Pandallo, Deceased, Appellant, against Merritt Chapman & Scott Corp. et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of Raymond Foster, Appellant, against Henry Gentzlinger et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of Charles B. Rood, Appellant, against C. E. Young-Dahl & Co. Inc., et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of Lillian Miner, Appellant, against Town of Harrison et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of Roy Charleston, Appellant, against Gladys E. Widrick et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of Louis Fuchs, Appellant, against H & C Sales Motors, Inc., et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of Josephine Florio et al., Appellants, against Merritt Chapman & Scott Corporation et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of Anna Howard, Respondent, against One East End Avenue Corporation et al., Appellants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See ante, p. 722.]

■ In the Matter of the City of New York et al., Appellants, against New York University et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [ See 3 A D 2d 954.]

■ Franklin J. Stevenson, Respondent, v. Robert Hayes, Appellant. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.